IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY JACKSON, Reg. No. 17459-035, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:18-CV-256-WHA |
| ) | |
| ) | |
| WALTER WOODS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On May 8, 2018, the Magistrate Judge entered a Recommendation (Doc. #4) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to file necessary financial information as ordered by this court;

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 31st day of May, 2018.

    /s/ W. Harold Albritton
    SENIOR UNITED STATES DISTRICT JUDGE