IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTHONY JACKSON, Reg. No. 17459-035, )
)
      Plaintiff, )
)
v. ) CIVIL ACTION NO. 2:18-CV-256-WHA
)
WALTER WOODS, )
)
      Defendant. )

## **FINAL JUDGMENT**

In accordance with the order entered on this date adopting the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE of the Court that this case is DISMISSED without prejudice.

The Clerk is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 31st day of May, 2018.


      /s/ W. Harold Albritton
      SENIOR UNITED STATES DISTRICT JUDGE